UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ELIZABETH ROGERS,<br><br>    Plaintiff,<br><br>v.<br><br>MAXIMUS EDUCATION, LLC DBA AIDVANTAGE; and TRANSUNION, LLC<br><br>    Defendants. | Case No.: 2:25-cv-00178-GSL-AZ<br><br>**NOTICE OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendants Maximus Education, LLC dba Aidvantage and TransUnion, LLC may be dismissed without prejudice, with the parties to bear their own fees and costs.

Respectfully submitted June 20, 2025

/s/ *Joseph Panvini*
Joseph Panvini
McCarthy Law, PLC
9200 E. Pima Center Pkwy. Ste. 300
Scottsdale, AZ 85258
Telephone: (602) 612-5016
Fax: (602) 218-4447
joe.panvini@mccarthylawyer.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

u

/s/ Joseph Panvini